UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EDWARD BARKER, Jr.                          *
2211 Eastern Boulevard
Baltimore, Maryland 21220                   *

     Plaintiff                             *       CASE NO:

vs.                                         *

UNITED STATES OF AMERICA                     *
United States Attorney General
The United States Department of Justice      *
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001                  *

and                                          *

UNITED STATES POSTAL SERVICE                 *
44 Shipping Place
Dundalk, Maryland 21222                      *

SERVE ON:                                    *
United States Postal Office
ATTN: Postmaster                             *
900 East Fayette Street
Baltimorre, Maryland 21233                   *

and                                          *

UNITED STATES ATTORNEY                       *
District of Maryland
36 South Charles Street                      *
4th Floor
Baltimore, Maryland 21201                    *

     Defendants                            *

*     *     *     *     *     *     *     *     *     *     *     *

COMPLAINT AND PRAYER FOR JURY TRIAL

     Edward Barker, Jr., Plaintiff, by Brian Bennett, his attorney, sues the United States of America and the United States Postal Service, Defendants, pursuant to 28 U.S.C. Section 1346, et seq., and respectfully states as follows:

INTRODUCTION

1.     This is a civil case brought pursuant to the Federal Tort Claims Act seeking

monetary damages against Defendants for committing acts or omissions of negligence against the Plaintiff.

JURISDICTION

2.     At all times relevant hereto, Toni L. Hardie, committed acts or omissions of negligence while acting within the scope of her employment as a mail carrier for the Defendants, the United States of America and the United States Postal Service, as a carrier, on or about July 7, 2021.

3.     The Defendants, the United States of America and the United States Postal Service, are named Defendants in this action.

4.     The court has jurisdiction under 28 U.S.C. Section 1346, et seq.

PARTIES

5.     The Plaintiff, Edward Barker, Jr., is a resident of Baltimore County, Maryland.

6.     Toni L. Hardie, is a resident of the State of Maryland and was, at the time of the negligence described herein, employed by the Defendants, the United States Postal Service and the United States of America.

7.     The Defendant, the United States Postal Service, is an agency of the government of the Defendant, the United States of America.

COUNT I

The Plaintiff, Edward Barker, Jr., realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and negligence, etc. and sues the Defendants, the United States of America and the United States Postal Service, is an agency of the government of the Defendant, the United States of America, and states:

8.  This action involves a collision between a motor vehicle owned and operated by the Plaintiff, Edward Barker, Jr., and a motor vehicle owned by the Defendants, the United States Postal Service and the United States of America, and operated by its agent and/or servant and/or employee with its permission, i.e., Toni L. Hardie.

9.  That collision occurred on Harford Road, a public highway in Baltimore City,

Maryland.

10. On or about September 4, 2025, the Plaintiff, Edward Barker, Jr., was carefully and prudently operating his motor vehicle northbound on Harford Road, in the right lane, near its intersection with Southern Avenue in Baltimore City, Maryland, when a postal service delivery truck, operated by Toni L. Hardie, the agent and/or servant and/or employee of the Defendants, the United States Postal Service and the United States of America, the owners of that motor vehicle, failed to stop and rearended and struck the Plaintiff's motor vehicle, forcing it, in turn, to then rearend and strike another motor vehicle being operated by Alexandre Silva Rodriquez, thereby causing a collision.

11. The owners of the motor vehicle being operated by Toni L. Hardie, that struck the Plaintiff was the Defendants, the United States Postal Service and the United States of America, at all times relevant hereto.

12. At all times relevant hereto, Toni L. Hardie, was acting in the course of her agency and/or employment with the Defendants, the United States Postal Service and the United States of America, at all times relevant hereto.

13. The owners of the motor vehicle that struck the Plaintiff, at all times relevant hereto was the Defendants, the United States Postal Service and the United States of America, and which had given their permission to Toni L. Hardie, to operate their motor vehicle, for all purposes.

14. The collision was caused by the recklessness, carelessness and negligence of Toni L. Hardie.

15. Toni L. Hardie was negligent in that she:

   a. Failed to maintain a proper control over the motor vehicle;

   b. Failed to maintain a proper lookout for oncoming traffic;

   c. Failed to yield the right-of-way;

   d. Failed to reduce speed to avoid a collision;

   e. Operated the motor vehicle at a rate of speed excessive for the conditions

then and there existing;

      f.    And in other respects operated, managed and controlled her motor vehicle in a careless, dangerous and negligent manner under the circumstances then and there existing.

16.    As a direct and proximate result of the negligence and carelessness of the Defendants, including, Toni L. Hardie, the Plaintiff, Edward Barker, Jr.:

      a.    Suffered serious, painful and possibly permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress, and loss of the capacity for the enjoyment of life;

      b.    Was, is and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate his injuries, pain and suffering;

      c.    Was and is precluded from engaging in his normal activities and pursuits;

      d.    Suffered damage to his property, including his motor vehicle;

      e.    Suffered the loss of earnings;

      f.    And otherwise was hurt, injured and caused to sustain losses.

17.    All of the Plaintiff's losses were, are and will be due solely and by reason of the recklessness, carelessness and negligence of the Defendants, including Toni L. Hardie.

18.    None of the Plaintiff's losses were due to any negligence or want of due care on his part contributing to them.

WHEREFORE, the Plaintiff, Edward Barker, Jr., sues the Defendants, the United States of America and the United States Postal Service, and demands Five Hundred Thousand Dollars ($500,000.00) damages.

Brian Bennett
2211 Eastern Boulevard
Baltimore, Maryland 21220
(410) 687-4700; (410) 687-4744(fax)
Fed.Bar #04543
Email: brianbennett1962@comcast.net
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a jury trial in this action.

_____

Brian Bennett